Richard E. Aebly, Respondent, v Regan Lally, Appellant. Bernice K. Leber, Nonparty Respondent.

Submitted June 27, 2016; decided August 25, 2016

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Niurka Andino, Appellant-Respondent, v Ronald Mills et al., Respondents-Appellants. (And a Third-Party Action.)

Decided August 25, 2016

Appeals dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Appellate Division does not have the power to grant leave to appeal to the Court of Appeals on a certified question from an order granting a new trial (*see* CPLR 5601 [c]; 5602 [b] [1]; *Maynard v Greenberg*, 82 NY2d 913, 914 [1994]; *Fishman v Manhattan & Bronx Surface Tr. Operating Auth.*, 78 NY2d 878, 878 [1991]).

In the Matter of Angel P. St. Vincent's Services, Inc., Respondent, and Evelyn C., Respondent, et al., Respondent; Keith G., Intervenor-Appellant. (Proceeding No. 1.)

In the Matter of Keith G., Appellant, v Administration for Children's Services et al., Respondents. (Proceeding No. 2.)

Submitted July 11, 2016; decided August 25, 2016

Motion for leave to appeal denied. Motion for a stay dismissed as academic. Motion for poor person relief dismissed as academic.